IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYLER BROWN**                                                                                      **PLAINTIFF**

v.                                  Case No. 4:25-cv-00438-JM

**WATKINS, et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 29th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE